# HELLER & THYEN P.A.

*Attorneys at Law*
Stephen L. Heller
Robert S. Thyen
Amy E. Sauter

*Paralegals*
Julie V. Hennen
Erin L. Kipka
Jessica M. Klukken

*Legal Secretary*
Renee F. Yeamen

---

*Practicing in the Areas of Bankruptcy and Personal Injury.*

---

*St. Cloud Office*
606 25th Avenue South
Suite 110
St. Cloud, MN 56301

Phone:
(320) 654-8000
(888) 570-9899

Fax:
(888) 502-5873

E-mail:
info@hellerthyen.com

Website:
www.hellerthyen.com

October 1, 2012

US Bankruptcy Court
301 US Courthouse
300 South 4th Street
Minneapolis, MN 55415

RE:  Our Client: Matthew and Dana Kilde
     Our File No: 6525
     Bky Case No: 12-44757

Dear Court Administration:

Please be advised that the above-named debtor(s) has a new address as follows:

4412 Johnson Court Apt B
Colorado Springs, CO 80902

Please update your records accordingly. Thank you.

Very truly yours,

/s/ Erin L. Kipka

Erin L. Kipka
Paralegal

Heller & Thyen, P.A.