**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Matthew Loren Kilde
asf Silverstone Ventures, LLC
4412 Johnson Court Apt B
Colorado Springs, CO 80902

Case No: 12−44757 − KHS

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−0398

Dana Alison Kilde
fka Dana Alison Chapman
4412 Johnson Ct Apt B
Colorado Springs, CO 80902

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−7403

Debtor(s)

Chapter 7 Case

**DISCHARGE OF DEBTOR(S)**

It appears that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 11/20/12

Kathleen H Sanberg
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on November 20, 2012
Lori Vosejpka Clerk, United States Bankruptcy Court
By: admin Deputy Clerk

**dsc7** 12/01/2007 − hlb

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are in the nature of alimony, maintenance, or support;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Minnesota

In re:                                                          Case No. 12-44757-KHS
Matthew Loren Kilde                                             Chapter 7
Dana Alison Kilde
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0864-4        User: admin            Page 1 of 2          Date Rcvd: Nov 21, 2012
                            Form ID: 7dsc          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2012.
db/jdb     +Matthew Loren Kilde,   Dana Alison Kilde,   4412 Johnson Court Apt B,
            Colorado Springs, CO 80902-6010
smg        +United States Attorney,   600 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
59998031    ALLINA TRANSPORTATION,   PO BOX 9382,   MINNEAPOLIS, MN 55440-9382
59998032   +BUFFALO CLINIC, P.A.,   1700 HIGHWAY 25 N,   BUFFALO, MN 55313-3301
59998033   +BUFFALO HOSPITAL,   303 CATLIN ST,   BUFFALO, MN 55313-4507
59998034    CHASE MORTGAGE BANKING,   3415 VISION DR,   COLUMBUS, OH 43219-6009
59998038    DIVERSIFIED COLLECTION SERVICES, INC,   PO BOX 9046,   PLEASANTON, CA 94566-9046
59998040    GMAC MORTGAGE,   PO BOX 780,   WATERLOO, IA 50704-0780
59998041    HOME DEPOT CREDIT SERVICES,   PO BOX 6028,   THE LAKES, NV 88901-6028
60009581    JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
            Rochester, MI 48308-0730
59998042    MIDLAND FUNDING, LLC,   PO BOX 939033,   SAN DIEGO, CA 92193-9033
59998043    MINNCO CU,   235 1ST AVE W,   CAMBRIDGE, MN 55008-1528
59998044    PHOENIX MANAGEMENT SYSTEMS, INC.,   PO BOX 3972,   MINNEAPOLIS, MN 55403-0972
59998045    PROFESSIONAL RECOVERY SERVICES,   PO BOX 1880,   VOORHEES, NJ 08043-7880
60010057   +SCP DISTRIBUTION LLC,   109 NORTHPARK BLVD,   COVINGTON LA 70433-5005
59998046    SCP POOL CORP,   8555 REVERE LN N STE 300,   MAPLE GROVE, MN 55369-4009
59998047   +SUNBELT BUSINESS BROKERS,   3212 RICE ST,   SAINT PAUL, MN 55126-3137
59998049   +US BANK-SBA,   9918 HIBERT ST 2ND FL,   SAN DIEGO, CA 92131-1085
59998050    WAYNE MARJAMA,   11846 ALDER ST NW,   COON RAPIDS, MN 55448-2427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +EDI: MINNDEPREV.COM Nov 21 2012 22:58:00      Minnesota Department of Revenue,
            Bankruptcy Section,   PO BOX 64447,   St Paul, MN 55164-0447
smg        +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Nov 21 2012 23:16:52      US Trustee,
            1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
59998030    EDI: MERRICKBANK.COM Nov 21 2012 22:58:00      ADVANTA BANK CORP,   PO BOX 9217,
            OLD BETHPAGE, NY 11804-9017
59998033   +E-mail/Text: rcmbankruptcynotices@allina.com Nov 21 2012 23:21:02      BUFFALO HOSPITAL,
            303 CATLIN ST,   BUFFALO, MN 55313-4507
59998035   +E-mail/Text: bankruptcies@CHILDRENSMN.ORG Nov 21 2012 23:18:07      CHILDREN'S HOSPITALS,
            2910 CENTRE POINTE DR,   SAINT PAUL, MN 55113-1107
59998036    E-mail/Text: vendorsupport@dexknows.com Nov 21 2012 23:16:44      DEX MEDIA EAST, INC,
            PO BOX 78041,   PHOENIX, AZ 85062-8041
59998037    EDI: DISCOVER.COM Nov 21 2012 22:58:00      DISCOVER CARD,   PO BOX 30395,
            SALT LAKE CITY, UT 84130-0395
59998039    EDI: RMSC.COM Nov 21 2012 22:58:00      GE MONEY BANK,   PO BOX 960061,   ORLANDO, FL 32896-0061
59998048    EDI: WTRRNBANK.COM Nov 21 2012 23:03:00      TARGET,   PO BOX 660170,   DALLAS, TX 75266-0170
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2012**              **Signature:**    _Joseph Speetjens_

```
District/off: 0864-4          User: admin              Page 2 of 2               Date Rcvd: Nov 21, 2012
                              Form ID: 7dsc            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2012 at the address(es) listed below:
        J. Richard Stermer    rstermer@stermerlaw.com, mn21@ecfcbis.com
        Robert S. Thyen    on behalf of Debtor Matthew Kilde robb@hellerthyen.com,
         erin@hellerthyen.com;jessica@hellerthyen.com
        US Trustee    ustpregion12.mn.ecf@usdoj.gov
        TOTAL: 3